PRINCETON INSURANCE COMPANY, Appellant

v.

D. Michael FISHER, Attorney General of the Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Oct. 27, 2003.

### ORDER

PER CURIAM.

AND NOW, this 27th day of October, 2003, we **AFFIRM** the Order of the Commonwealth Court.